COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| WAL-MART STORES TEXAS, L.L.C., | § | |
| d/b/a WAL-MART SUPERCENTER, | | No. 08-13-00198-CV |
| Appellant, | § | |
| | | Appeal from the |
| V. | § | |
| | | 327th District Court |
| SONIA DOZAL, | § | |
| Appellee. | | of El Paso County, Texas |
| | § | |
| | | (TC# 2011-DCV-00932) |
| | § | |

## <u>MEMORANDUM OPINION</u>

Pending before the Court is a motion filed by Appellant, Wal-Mart Stores Texas, L.L.C., d/b/a Wal-Mart Supercenter, to dismiss the appeal pursuant to TEX.R.APP.P. 42.1(a)(1) because the parties have settled the underlying dispute. We grant the motion and dismiss the appeal. Costs of the appeal are taxed against Appellant. *See* TEX.R.APP.P. 42.1(d).

February 19, 2014

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.